# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PABLO ALVAREZ-PRIETO, | : |
| Petitioner | :   CIVIL ACTION NO. 3:19-0544 |
| v. | :   (JUDGE MANNION) |
| WARDEN, CLAIR DOLL, | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Alvarez-Prieto's petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 27, 2020**
19-0544-01-Order